# EXHIBIT D

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| DALE KAYMARK, individually and on behalf of other similarly situated current and former homeowners in Pennsylvania,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A. and UDREN LAW OFFICES, P.C.,<br><br>Defendants. | No.: _____ |

## CONSENT TO REMOVAL

Defendant Udren Law Offices, P.C. ("Udren"), by its undersigned counsel, hereby consents to the removal of the case entitled *Kaymark v. Bank of America, N.A. et al.* (Court of Common Pleas, Allegheny County, No. GD-13-002739) to the United States District Court for the Western District of Pennsylvania pursuant to 28 U.S.C. §1441(b) and (c) only. Udren takes no position on removal pursuant to 28 U.S.C. §1453 in that its consent is not required under 28 U.S.C. §1453(b).

Date: March 21, 2013

_____
Jonathan J. Bart, Esquire
jbart@wilentz.com
Wilentz, Goldman & Spitzer P.A.
Two Penn Center, Suite 910
Philadelphia, PA 19102
Telephone: 215-636-4466
Fax: 215-636-3999

*Counsel for Defendant Udren Law Offices, P.C.*