# EXHIBIT "B"

# FannieMae

## Allowable Attorney and Trustee Foreclosure Fees

This list contains the maximum attorney's or trustee's fees that Fannie Mae allows for legal work related to foreclosures of whole mortgage loans, participation pool mortgage loans, and MBS mortgage loans serviced under special servicing options.

| State | Non-Judicial Foreclosure | Judicial Foreclosure |
|---|---|---|
| Alabama | $900 | On Approval[2] |
| Alaska | $1,200 | On Approval[2] |
| Arizona | $925 | On Approval[2] |
| Arkansas | $1,050 | On Approval[2] |
| California | $1,000[3] | On Approval[2] |
| Colorado | $1,225 | On Approval[2] |
| Connecticut | N/A | $1,700[4,5] |
| Delaware | N/A | $1,350 |
| District of Columbia | $600[1,6] | On Approval[2] |
| Florida | N/A | $2,250[12] |
| Georgia | $900 | On Approval[2] |
| Guam | $1,200 | On Approval[2] |
| Hawaii | $1,100 | $2,400[8] |
| Idaho | $1,050 | On Approval[2] |
| Illinois | N/A | $1,750 |
| Indiana | N/A | $1,500 |
| Iowa | $850 | $1,300 |
| Kansas | N/A | $1,250 |
| Kentucky | N/A | $1,700 |
| Louisiana | N/A | $1,350 |
| Maine | N/A | $1,750 |
| Maryland | $2,100 | On Approval |
| Massachusetts | N/A | $2,000[4] |
| Michigan | $1,000 | On Approval |
| Minnesota | $1,025[9] | On Approval |
| Mississippi | $900[1] | On Approval[2] |
| Missouri | $950 | On Approval |
| Montana | $1,000 | On Approval[2] |
| Nebraska | $900 | On Approval[2] |
| Nevada | $1,100 | On Approval |
| New Hampshire | $1,150 | On Approval[2] |
| New Jersey | N/A | $2,425 |
| New Mexico | N/A | $1,500 |
| New York | $800[10] | $2,000[4,10] |
| North Carolina | $1,150 | On Approval |
| North Dakota | N/A | $1,250 |

| State | Non-Judicial Foreclosure | Judicial Foreclosure |
|---|---|---|
| Ohio | N/A | $1,700 |
| Oklahoma | N/A | $1,450 |
| Oregon | $1,000 | $2,050 |
| Pennsylvania | N/A | $1,650 |
| Puerto Rico | N/A | $1,500[4,11] |
| Rhode Island | $1,300 | On Approval[2] |
| South Carolina | N/A | $1,650 |
| South Dakota | N/A | $1,250 |
| Tennessee | $900 | On Approval |
| Texas | $900 | On Approval |
| Utah | $925 | On Approval |
| Vermont | N/A | $1,700 |
| Virgin Islands | N/A | $1,800 |
| Virginia | $925 | On Approval |
| Washington | $1000 | On Approval |
| West Virginia | $1,000[1,6] | On Approval[2] |
| Wisconsin | N/A | $1,500 |
| Wyoming | $1,000 | On Approval[2] |

Notes:

[1] This fee covers the combined attorney's and notary's fees.

[2] Because this is not the preferred method of foreclosure, the servicer must obtain approval of its use from Fannie Mae's Regional Counsel prior to initiation by sending a request to nonroutine_litigation@fanniemae.com. Fannie Mae will provide procedural instructions and applicable fees at the time it grants approval.

[3] This fee applies to completed foreclosures. If the mortgage loan is reinstated after recordation of the Notice of Default (but before mailing of the Notice of Sale), the maximum fee is $500 or the maximum allowed by statute, whichever is less. If the mortgage loan is reinstated after mailing of the Notice of Sale but before the Trustee's Sale, the maximum fee is $750 or the maximum allowed by statute, whichever is less.

[4] An additional $200 will be permitted when the property is sold to a third party and the attorney must perform additional work to complete the transfer of title to the successful bidder.

[5] This fee applies to Strict Foreclosures. If the court orders a Foreclosure by Sale, the fee will be $1,950.

[6] This fee includes the attorney's fee, the notary's fee and the trustee's commission (or statutory fee).

[7] This fee includes reimbursement for any fee for the attorney's certificate of title.

[8] A fee of $3,400 will be permitted for judicial foreclosures in locations other than Honolulu County

[9] This fee increases to $1,400 for any case in which the attorney provides services for "proceedings subsequent" that involve registered land.

[10] In New York, the non-judicial foreclosure process is to be used only in connection with cooperative share loans. The fee includes all steps in the foreclosure process, including the transfer of the stock and the lease for an occupied cooperative unit. A fee of $2,400 will be permitted for judicial foreclosures in the City of New York and on Long Island (Nassau and Suffolk Counties).

[11] In addition to the allowable foreclosure fee, Fannie Mae will pay a notary fee up to the greater of $250 or one percent (1%) of the bid amount on the mortgage being foreclosed

[12] The allowable fee for foreclosures in Florida, where judgment is obtained as a result of an uncontested trial, is established at $3,000