UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALE A. KAYMARK, individually and on behalf of other similarly situated current and former homeowners in Pennsylvania,<br><br>                      Plaintiffs,<br><br>                v.<br><br>BANK OF AMERICA, N.A. and UDREN LAW OFFICES, P.C.<br><br>                      Defendants. | Civil Action #2:13-cv-00419-CB-CRE |

## NOTICE OF APPEAL

      Notice is hereby given that Plaintiff, Dale A. Kaymark, individually and on behalf of other similarly situated former and current homeowners in Pennsylvania, in the above named case hereby appeals to the United States Court of Appeals for the Third Circuit from the Opinion granting Bank of America's and the Udren Law Office's Motions to Dismiss.  See Document 55.

                                                  Respectfully Submitted,
                                                  MICHAEL P. MALAKOFF, P.C.
                                                  */s/Michael P. Malakoff*
                                                  Michael P. Malakoff, Esquire
                                                  Pennsylvania Attorney I.D. #11048
                                                  Suite 200, The Frick Building
                                                  Pittsburgh, PA 15219
                                                  Telephone: (412) 281-4217
                                                  Facsimile:  (412) 281-3262
                                                  malakoff@mpmalakoff.com
                                                  *Attorneys for Named Plaintiff Dale A. Kaymark, individually and on behalf of other similarly situated former and current homeowners in Pennsylvania*

## CERTIFICATE OF SERVICE

I hereby certify that on the **3rd** day of **April**, **2014**, a true and correct copy of the foregoing **Notice of Appeal** was served upon the following parties of interest via the Court's Electronic Filing System:

Thomas L. Allen, Esquire
Nellie E. Hestin, Esquire
REED SMITH, LLP
225 Fifth Avenue
Pittsburgh, PA 15222

Jonathan J. Bart, Esquire
WILENTZ GOLDMAN & SPITZER, PA
Two Penn Center, Suite 910
Philadelphia, PA 19102

*/s/Michael P. Malakoff*
Michael P. Malakoff, Esquire